DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA MARCINE GOLDMAN,**
Appellant,

v.

**IMRAN RAZA** and **FIRDOUS SIDDIQUI,**
Appellees.

No. 4D21-3530

[October 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502021CA001363.

Andrea Marcine Goldman, Lake Worth, pro se.

Peter M. Armold of Gary Dtyrych & Ryan, P.A., North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***